# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRACY MCCARTHY, individually and on behalf of all others similarly situated,

,

    Plaintiffs,

v.

AMAZON.COM, INC., *et al.*,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C23-1019-BJR

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This matter be dismissed for failure to state a plausible claim.

Dated 15th day of September 2023.

                                           Ravi Subramanian
                                           Clerk of Court

                                           s/Serge Bodnarchuk
                                           Deputy Clerk